*1230 504 U. S. 908;
*1231 No. 91-1274.
No. 91-1371.
No. 91-1474.
No. 91-1514.
No. 91-1552.
No. 91-1557.
No. 91-1574.
No. 91-1670.
No. 91-6358.
No. 91-7700.
No. 91-7738.
No. 91-7768.
No. 91-7796.
No. 91-7820.
No. 91-7895.
No. 91-7896.
No. 91-7899.
No. 91-7959.
No. 91-8054.
504 U. S. 909;
504 U. S. 910;
504 U. S. 912;
504 U. S. 938;
504 U. S. 914;
504 U. S. 914;
504 U. S. 915;
504 U. S. 916;
504 U. S. 916;
504 U. S. 921;
504 U. S. 922;
504 U. S. 923;
504 U. S. 924;
504 U. S. 925;
504 U. S. 927;
504 U. S. 927;
504 U. S. 927;
504 U. S. 929; and
504 U.S. 961. Petitions for rehearing denied.